476 A.2d 100

Commonwealth v. Cruice, Appellant.

Submitted March 27, 1984. Albert C. Oehrle, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

The order of the learned Montgomery County Common Pleas Court Judge Frederick B. Smillie is affirmed.

WIEAND, J., filed a dissenting memorandum.